EDNA GRAHAM, Appellant, *v.* TOWN OF URBANA, Respondent.

(Argued January 23, 1933; decided February 28, 1933.)

*Wilbur F. Knapp* for appellant.
*Walter S. Drew* and *James S. Drake, Jr.,* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: POUND,· Ch. J., CRANE, LEHMAN, KELLOGG,.
O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.